**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JERRELL DWAYNE JACKSON,**<br>Supervised Releasee | NO. 5: 07-CR-71 (CAR)<br><br>RE:  SUPERVISED RELEASE VIOLATIONS |

## O R D E R

JERRELL DWAYNE JACKSON, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a scheduled Preliminary Hearing under provisions of Rule 32.1(b)(1) of the Federal Rules of Criminal Procedure and for consideration of the issue of release from custody pending a Final Revocation Hearing.  He was represented by Ms. Catherine Michelle Leek of the Federal DefendersOffice.  With assistance of counsel, Mr. Jackson waived his right to a Preliminary Hearing.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  Evidence presented indicates that the **SUPERVISED RELEASEE** has failed to report to his supervising probation officer as directed, that he has tested positive for the use of marijuana, and that he has failed to refrain from violation of the law.

Accordingly, IT IS ORDERED AND DIRECTED that JERRELL DWAYNE JACKSON be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 25th day of FEBRUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE